## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JONATHAN L. CODY, II,       :      CIVIL ACTION - LAW
            Plaintiff,      :
                            :
      v.                :
                            :      NO.
MARC S. HOWELL, STEPHEN  :
MARTE, EVEN MCKENNA,    :
AUSTIN SNYDER, BRANDON   :
BRAUGHLER, and the CITY OF  :
HARRISBURG,              :
            Defendants.   :

## NOTICE OF REMOVAL

Defendants, Marc S. Howell, Stephen Marte, Evan McKenna,[1] Austin Snyder, Brandon Braughler, and the City of Harrisburg, hereby remove this case from the Dauphin County Court of Common Pleas and state as follows:

1.      On January 8, 2024, Plaintiff filed a Writ of Summons in the Court of Common Pleas of Dauphin County. (Exhibit A).

2.      On May 6, 2024, Plaintiff filed a Complaint in the Court of Common Pleas of Dauphin County. (Exhibit B).

3.      The Complaint was served on Defendants Marc. S. Howell and the City of Harrisburg on May 7, 2024.

---

[1] Evan McKenna is incorrectly identified in Plaintiff's Complaint as "Even McKenna."

4.      The Complaint was served on Defendants Stephen Marte, Evan McKenna, Austin Snyder, Brandon Braughler on May 10, 2024.

5.       Removal is appropriate because Plaintiff's Complaint raises federal questions, namely violations of federal statutes involving alleged intentional torts of police officers for alleged excessive force.

6.      Specifically, Plaintiff's Complaint alleges claims of conspiracy and unreasonable and excessive force in arrest under in violation of 42 U.S.C. § 1983 and 42 U.S.C. § 1985 against Defendants Marc. S. Howell, Stephen Marte, Evan McKenna, Austin Snyder, and Brandon Braughler. (See Exhibit A, Paragraphs 42 to 51).

8.      Federal courts have jurisdiction over claims that arise under federal laws generally. 28 U.S.C. § 1331.

9.      Accordingly, this Court has removal jurisdiction because Plaintiff's Complaint raises federal questions. 28 U.S.C. § 1441(a).

10.     Venue is proper in this Court because Defendants are situated in this District and the events giving rise to this action took place within this District. 28 U.S.C. § 1391(b).

2

11.     Pursuant to 28 U.S.C. § 1446(d), removing Defendants will contemporaneously serve a copy of this Notice of Removal on Plaintiff, and file this Notice in the Dauphin County Court of Common Pleas.

Date: *June 5, 2024*                    Respectfully submitted,

**Lavery Law**

*/s/ Murray J. Weed*
Murray J. Weed, Esquire
PA Attorney I.D. 329717
225 Market Street, Suite 304
Harrisburg, PA 17101-2126
(717) 233-6633 (Telephone)
(717) 233-7003 (Facsimile)
mweed@laverylaw.com
*Attorney for Marc. S. Howell, Stephen Marte, Evan Mckenna, Austin Snyder, Brandon Braughler, and the City of Harrisburg*

## <u>CERTIFICATE OF SERVICE</u>

I, Ashleigh Weaver, an employee with the law firm of Lavery Law, certify that on this day of June 5, 2024, I served a true and correct copy of the foregoing Notice of Removal via email and First Class, United States Mail addressed as follows:

Roger R. Laguna, Jr, Esq.
Laguna, Reyes, Maloney, LLP
Law Office
1119 North Front Street
Harrisburg, PA 17102
717-233-5292
717-233-5394 (fax)
*Attorney for Plaintiff*

*/s/ Ashleigh R. Weaver*
Ashleigh R. Weaver, CRP
Paralegal

4