# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN CODY, II, | : | Civil No. 1:24-CV-927 |
| Plaintiff, | : | |
| v. | : | |
| MARC HOWELL, *et al.*, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 15th day of October, 2024, in accordance with the accompanying memorandum of law, **IT IS ORDERED** that the motion to dismiss filed by Defendants is **GRANTED IN PART AND DENIED IN PART.** (Doc. 8.) **IT IS FURTHER ORDERED** that:

1. The motion to dismiss is **GRANTED** regarding Defendants Stephen Marte, Even McKenna, Austin Snyder, Brandon Braughler as to Counts 2, 4, and 5. These Defendants are **DISMISSED** from Counts 2, 4, and 5 with prejudice due to failure to file a cause of action before the statute of limitations expired.

2. The motion to dismiss is **GRANTED** regarding Defendant City of Harrisburg as to Count 1. City of Harrisburg is **DISMISSED** from Count 1 with prejudice due to failure to file a cause of action before

the statute of limitations expired. The Clerk of Courts is directed to dismiss City of Harrisburg from this action.

3. The motion to dismiss is **DENIED WITHOUT PREJUDICE** regarding whether the individually named Defendants are entitled to qualified immunity as to the remaining counts.

4. The motion to dismiss is **GRANTED** regarding Count 1 for failure to state a claim for negligent operation of a motor vehicle. Count 1 is **DISMISSED WITHOUT PREJUDICE**.

5. The motion to dismiss is **GRANTED** regarding Count 3 for failure to state a claim for conspiracy. Count 3 is **DISMISSED WITHOUT PREJUDICE**.

6. For clarity, after this order, the counts that survive the motion to dismiss are Count 2 against Defendant Howell, Count 4 against Defendant Howell and Count 5 against Defendant Howell.

7. Plaintiff may file an amended complaint **by no later than November 6, 2024**.  If no amended complaint is filed by this date, Defendants Stephen Marte, Even McKenna, Austin Snyder, and Brandon Braughler shall be dismissed from this action and the counts listed in Paragraph 6 will proceed.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Judge  
Middle District of Pennsylvania