# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN CODY, II, | : | Civil No. 1:24-CV-927 |
| Plaintiff, | : | |
| v. | : | |
| MARC HOWELL, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 18th day of December, 2024, noting that no amended complaint has been filed and in accordance with the court's October 15, 2024 Order, Doc. 22, **IT IS ORDERED** as follows:

1. Defendants Stephen Marte, Even McKenna, Austin Snyder, and Brandon Braughler are **DISMISSED** from this case. The Clerk of Court is directed to dismiss these Defendants from this case.

2. The surviving counts of the complaint are Count 2 against Defendant Howell, Count 4 against Defendant Howell, and Count 5 against Defendant Howell. Defendant Howell shall file a responsive pleading **within 30 (thirty) days** of the date of this Order.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
