IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN L. CODY, II, | § | |
|     Plaintiff | § | CIVIL ACTION - LAW |
| | § | |
| v. | § | NO.  1:24-cv-00927JW |
| | § | |
| MARC S. HOWELL, STEPHEN MARTE, EVEN MCKENNA, AUSTIN SNYDER, BRANDON BRAUGHLER, and the CITY OF HARRISBURG, | § § § § § § | |
|     Defendants | § | |

**NOTICE OF DISMISSAL**
**PURSUANT TO FED. R. CIV.P 41(a)(1)(A)(i)**

TO THE PROTHONOTARY:

    Please discontinue the above-captioned matter with prejudice. The claims raised in this matter have been resolved by agreement of the parties.

January 22, 2025

*/s/ Roger R. Laguna, Jr.*
Roger R. Laguna, Jr., Esquire
Supreme Court I.D. No.: 75900
Attorney for Plaintiff

LAGUNA KREVSKY ROSEN, PLLC
1119 North Front Street
Harrisburg, PA 17102
(717) 233-5292

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN L. CODY, II,** | § | |
|     **Plaintiff** | § | CIVIL ACTION - LAW |
| | § | |
| v. | § | NO.   1:24-cv-00927JW |
| | § | |
| **MARC S. HOWELL, STEPHEN** | § | |
| **MARTE, EVEN MCKENNA,** | § | |
| **AUSTIN SNYDER, BRANDON** | § | |
| **BRAUGHLER, and the CITY OF** | § | |
| **HARRISBURG,** | § | |
|     **Defendants** | § | |

## CERTIFICATE OF SERVICE

    I hereby certify that I served a true and correct copy of the Notice of Dismissal filed in the above-captioned matter upon Defendants' counsel via electronic ECF filing as follows:

        Murray J. Weed, Esquire
        mweed@laverylaw.com


January 22, 2025        */s/ Roger R. Laguna, Jr.*
        Roger R. Laguna, Jr., Esquire